**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Zenk,

Plaintiff,

Civil 01-2367 PAM

v.

**ORDER OF DISMISSAL**

Target Stores,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 23 , 2002

**Senior Judge Paul A. Magnuson**
**United States District Court**

MAR 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK